IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

      vs.                                     Case Number: 1:01-cr-00009(3)

ISADORE GENNINGS

CRIMINAL MINUTES: RE-SENTENCING
(ON REMAND FROM COURT OF APPEALS)

Defendant appeared with counsel.  Opening statements heard

Testimony presented by Government - Agent Bernard Erwin

Closing arguments heard

The Court Orders in open Court that based on the record and testimony provided, the defendant does not qualify for a safety valve reduction of sentence pursuant to Guideline 5C1.2.  The original sentence of 240 months jail stands.  If the sentencing guidelines are later determined to unconstitutional or inapplicable, the Court would sentence the defendant to 10 years jail. Written Order to follow.

Judge:   S. Arthur Spiegel

Court Reporter: Mary Ann Ranz (Official)

Courtroom Deputy: Kevin Moser

Date: November 9, 2004