UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. CR-1-01-009-03 |
| vs. | : | District Judge S. Arthur Spiegel |
| ISADORE GENNINGS, | : | |
| Defendant. | : | |

### NOTICE OF APPEAL

Notice is hereby given that Defendant, Isadore Gennings, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order entered in this action on Tuesday, November 16, 2004.

FILED BY DEFENDANT COUNSEL:

STEVEN R. KELLER,
FEDERAL PUBLIC DEFENDER

s/ C. Ransom Hudson
C. Ransom Hudson (0061332)
Assistant Federal Public Defender
2000 URS Center
36 East Seventh Street
Cincinnati, Ohio 45202
(513) 929-4834

Attorney for Defendant
Isadore Gennngs