UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-4501

Filed: July 3, 2006

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ISADORE GENNINGS

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 5/4/06 the mandate for this case hereby issues today.

COSTS:

Filing Fee ..........$
Printing ............$

    Total ........$

A True Copy,

Attest:

_____
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

JILL COLYER
(513) 564-7024
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: July 3, 2006

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

    RE: 04-4501
        USA vs. Gennings
        District Court No. 01-00009

Enclosed is a copy of the mandate filed in this case.

                                      Jill Colyer
                                      Case Manager

cc:
    Honorable S. Arthur Spiegel
    Mr. Robert Brichler
    Mr. C. Ransom Hudson
    Isadore Gennings

Mr. James Bonini, Clerk
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202