IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    vs.                      : CRIMINAL NO: CR-1-01-009(3)
                                      : JUDGE SPIEGEL

**ISADORE GENNINGS,**

        **Defendant.**

### SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                        Respectfully submitted,

                                        GREGORY G. LOCKHART
                                        United States Attorney

                                        s/ Deborah F. Sanders
                                        DEBORAH F. SANDERS (0043575)
                                        Assistant United States Attorney
                                        Southern District of Ohio
                                        303 Marconi Boulevard, Suite 200
                                        Columbus, Ohio 43215-2401
                                        (614) 469-5715

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and that it was served by regular U.S. mail, postage prepaid this _____27th_____ day of _____November_____, 2006 upon Defendant, Isadore Gennings, 108 East Clifton, Apt. 3, Cincinnati, OH 45210.

s/ Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney

U:\DSanders\Gennings - Sat of Judg.wpd