**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MICHELLE R. SENGER
(513) 564-7045
www.ca6.uscourts.gov

Filed: July 24, 2006

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 04-4501
    USA vs. Gennings
    District Court No. 01-00009

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [04-4501] . Volumes included: 2 Pl; 9 Tr;.

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_____ - DEPUTY CLERK
Name and Title of Authorized Agent for
the District Court or Government Agency

12/20/06
Date

Very truly yours,
Leonard Green, Clerk

Michelle R. Senger
Records Management Deputy