IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ISADORE GENNINGS,                    :
                                     :
              Petitioner             :
                                     :    Case No.  1:01-cr-00009(3)
v.                                   :    Civil No.  1:07-cv-00272
                                     :
UNITED STATES OF AMERICA,            :    District Judge S. Arthur Spiegel
                                     :
              Respondent             :

## ORDER

This matter is before the Court pursuant to Petitioner's motion to vacate, set aside or correct

his sentence under 28 U.S.C. § 2255.

It is ORDERED that the Clerk serve a copy of this order upon the United States Attorney,

such service to constitute notice to answer or otherwise plead to the complaint pursuant to Rule 4(b)

and 5 of the Rules Governing Section 2255 Proceedings within twenty (20) days of the date of this

Order.

IT IS SO ORDERED.

Date: ___4/5/07___

_____
S. Arthur Spiegel
United States Senior District Judge