**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:01-CR-09(3)
Doc. 220
7/31/07

Sent To: ISADORE GENNINGS
Street, Apt. No.; or PO Box No.: 03394-061, FCI, P.O. BOX 1000
City, State, ZIP+4: LORETTO, PA 15940

PS Form 3800, January 2001    See Reverse for Instructions

7001 2510 0008 5349 7184