| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X M. [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) M. PETK   C. Date of Delivery 8/2/07 |
| 1. Article Addressed to:<br><br>ISADORE GENNINGS<br>03394-061<br>FEDERAL CORR. INST.<br>P.O. BOX 1000<br>LORETTO, PA 15940<br>1: 01-CR-009(3) SAS Doc.220 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0008 6349 7188 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540