Isadore Gennings
USM #03394-061
FCI Loretto
Post Office Box 1000
Loretto, PA 15940

07 AUG 24 PM 4:25

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ISADORE GENNINGS,
   Defendant-Petitioner,

vs.

UNITED STATES OF AMERICA,
   Plaintiff-Respondent.

CASE NO.: C-1-07-0272
CASE NO.: CR-1-01-009-3

NOTICE OF APPEAL

TO THE HONORABLE COURT:

   Notice is hereby given that Isadore Gennings, the Petitioner in the above-styled cause, appeals to the United States Court of Appeals for the Sixth Circuit, from the final Opinion and Order entered in the above action on July 31, 2007 denying his motion under 28 U.S.C. § 2255.

   DATED this __19__ day of August, 2007.

RESPECTFULLY SUBMITTED,

BY: *Isadore Gennings*
ISADORE GENNINGS, pro se
dhj