**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:01-CR-009(3)
Doc. 223
8/29/07

Article Number: 7003 2260 0004 7152 4142

Sent To: ISADORE GENNINGS 03394-061
Street, Apt No.; or PO Box No. FCI, P.O. BOX 1000
City, State, ZIP+4 LORETTO, PA 15940

PS Form 3800, June 2002         See Reverse for Instructions