**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ISADORE GENNINGS
   03394-061
   FEDERAL CORR. INST
   P.O. BOX 1000
   LORETTO, PA 15940
   1:01-CR-009-(S) SAS Doc. 223

2. Article Number
   (Transfer from service label)

   7003 2260 0004 7152 4142

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

   X ~~~~~~~   ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

   THOMAS J. NEWBAM           9-4-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540